

June 16th, 2022

To Whom It May Concern,

This letter is in reference to the following Case # 2:2017bk13770. I Travis Ball Sr, of 1652 Pleasant View Road, Bethlehem PA 18015. I Travis Ball Sr on 6/16/2022 would like to formally object to The Order of Discharge of this case on the grounds of the following.

I filed a lawsuit against Kenneth P. Black / Sellersville Auction, LLC on May 5th, 2017 in Docket No. CV-133-2017 in Commonwealth of Pennsylvania County of Bucks Mag Dist. No. MDJ-07-2-05. Case was filed for the amount of $1,197.46.

On May 31st, 2017 the court was issued a bankruptcy notification for Kenneth P. Black. Due to the filing of bankruptcy by Mr. Black a stay was placed on the case against him. On 6/6/2017 a judgment for $1,342.99 was issued to Travis L. Ball Sr by Sellersville Auction, LLC, which was owned by Mr. Kenneth Black.

When Mr. Black filed for Bankruptcy we were informed of a cease and desist order issued to the magistrate. Which led to dismissed without prejudice on 6/6/2017 against Kenneth P. Black. A full Default Judgment for Plaintiff was issued on 6/6/2017 against Sellersville Auction LLC.

I received a letter from the bankruptcy court stating that Mr. Kenneth Black was to make payments set forth in his Third Amended Plan commencing July 1, 2020. I never received any payment from Mr. Black, his attorney nor the Bankruptcy Court or Sellersville Auction, LLC. Despite being listed on the creditor list on page 4 and Sellersville Auction, LLC being listed on page 3.

I am formally objecting the discharge on this case due to not receiving payment nor any communication following up with this case. I have included all information regarding case # CV-133-2017 as well as both letters that were received from The Bankruptcy Court and the list of creditors from Case # 2:2017bk13770.

Regardless of The Dismissed Without Prejudice on 6/6/2017 Kenneth P. Black was the owner of Sellersville Auction, LLC, if payment was made to Sellersville Auction, LLC through the bankruptcy it would be my understanding that payment of $1342.99 should be issued to Travis L. Ball Sr.

I had this letter notarized for authenticity. I appreciate your time in looking over my letter and documentation that was provided. Please inform me of your outcome on this case matter.

Sincerely,

*[signature]*     6/16/2022

Travis L. Ball Sr.     Date

717-887-1988

tlball@outlook.com


*[signature]*     6/16/2022

Witness     Date


**Commonwealth of Pennsylvania**

County of Northampton

Signed by Travis L. Ball on June 16th, 2022

*[signature: Alicia L. Hepner]*

```
Commonwealth of Pennsylvania - Notary Seal
Alicia L. Hepner, Notary Public
Northampton County
My commission expires April 15, 2024
Commission number 1297661
```
Member, Pennsylvania Association of Notaries

**COMMONWEALTH OF PENNSYLVANIA**
~~COUNTY OF BUCKS~~

**NOTICE OF JUDGMENT/TRANSCRIPT**
~~CIVIL CASE~~

| | |
|---|---|
| Mag. Dist. No: | MDJ-07-2-05 |
| MDJ Name: | Honorable Robert E. Gaffney |
| Address: | 281 California Rd<br>Quakertown, PA 18951-2482 |
| Telephone: | 215-536-9650 |

File Copy

Travis L. Ball, Sr
v.
Sellersville Auction LLC, Ken Black

Docket No:   MJ-07205-CV-0000133-2017
Case Filed:  5/5/2017

### Disposition Summary (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-07205-CV-0000133-2017 | Travis L. Ball, Sr | Sellersville Auction LLC | Default Judgment for Plaintiff | 06/06/2017 |
| MJ-07205-CV-0000133-2017 | Travis L. Ball, Sr | Ken Black | Dismissed Without Prejudice | 06/06/2017 |

### Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Ken Black | $0.00 | $0.00 | $0.00 |
| Sellersville Auction LLC | $0.00 | $1,342.99 | $1,342.99 |
| Travis L. Ball, Sr | $0.00 | $0.00 | $0.00 |

### Judgment Finding (*Post Judgment)

In the matter of Travis L. Ball, Sr vs. Sellersville Auction LLC on MJ-07205-CV-0000133-2017, on 6/06/2017 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0.00 | $1,197.46 | | $1,197.46 |
| Filing Fees | 0.00 | $104.50 | | $104.50 |
| Costs | 0.00 | $10.00 | | $10.00 |
| Server Fees | 0.00 | $31.03 | | $31.03 |
| | | | **Grand Total:** | **$1,342.99** |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

6/6/17
Date

Senior Magisterial District Judge Robert E. Gaffney

Travis L. Ball, Sr	Docket No.: MJ-07205-CV-0000133-2017
v.
Sellersville Auction LLC, Ken Black

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____    _____
Date	Magisterial District Judge

Travis L. Ball, Sr
v.
Sellersville Auction LLC, Ken Black

Docket No.: MJ-07205-CV-0000133-2017

# Participant List

**Plaintiff(s)**

Travis L. Ball, Sr
1652 Pleasant View Road
Bethlehem, PA 18015

**Defendant(s)**

Ken Black
18 S. 5th Street, Suite 200
Quakertown, PA 18951

Sellersville Auction LLC
18 S. 5th Street
Suite 200
Quakertown, PA 18951

# RECEIPT

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF BUCKS**

| | |
|---|---|
| Mag. Dist. No: | MDJ-07-2-05 |
| MDJ Name: | Honorable Lisa J. Gaier |
| Address: | 281 California Rd |
| | Quakertown, PA 18951-2482 |
| Telephone: | 215-536-9650 |

**Receipt Number:** 07205-2017-R0002331
**Recorded Date:** 05/05/2017  1:31:00PM
**Receipt Date:** 05/05/2017
**Manual Receipt No:**

Payor: Travis L. Ball, Sr
1652 Pleasant View Road
Bethlehem, PA 18015

Payment Source: Window

| Payment Date | Payment Method | Check / Money Order Number | Bank Transit Number | Void | Payment Amount |
|---|---|---|---|---|---|
| 5/5/2017 | Check | 163 | | No | $150.53 |

**Items Receipted:**

**Responsible Participant: Ball, Sr, Travis L.**

**Docket Number: MJ-07205-CV-0000133-2017    Ball, Sr, Travis L. v. Sellersville Auction LLC, et al**

Complaint/Citation Number:    Lead Offense:

| | Original Assessment | Beginning Balance | Transaction Type | Amount Paid | Ending Balance |
|---|---|---|---|---|---|
| Server Fees Escrow | $31.03 | $31.03 | Payment to Escrow | ($31.03) | $0.00 |
| ATJ - Case | $4.00 | $4.00 | Payment | ($4.00) | $0.00 |
| Civil Filing - Commonwealth Cost - HB627 (Act 167 of 1992) | $17.25 | $17.25 | Payment | ($17.25) | $0.00 |
| Civil Filing - State Court Costs (Act 204 of 1976) | $17.25 | $17.25 | Payment | ($17.25) | $0.00 |
| CJES - Case | $2.25 | $2.25 | Payment | ($2.25) | $0.00 |
| Constable Education Training Act | $5.00 | $5.00 | Payment | ($5.00) | $0.00 |
| Constable Education Training Act | $5.00 | $5.00 | Payment | ($5.00) | $0.00 |
| Filing Fee (Civil) | $34.50 | $34.50 | Payment | ($34.50) | $0.00 |
| JCPS - Case | $21.25 | $21.25 | Payment | ($21.25) | $0.00 |
| Judicial Computer Project - Case | $8.00 | $8.00 | Payment | ($8.00) | $0.00 |
| Postage - Case | $5.00 | $5.00 | Payment | ($5.00) | $0.00 |
| Server Fee | $31.03 | $0.00 | | $0.00 | $0.00 |
| TOTALS | $150.53 | $119.50 | | ($119.50) | $0.00 |

Total amount owed by responsible participant on this case:    $0.00

Total amount owed by responsible participant on all non-archived cases in this Court for Participant Account No: 2017-0533179    $0.00

**Payment Summary:**

| | |
|---|---|
| Total Payment Received: | $150.53 |
| Change Amount: | $0.00 |
| Retained Unapplied Amount: | $0.00 |
| **Payments Less Change:** | **$150.53** |

Comments: llo

MDJS 120
Printed: 06/16/2022  9:56:00AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
215-348-6057

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS



# RECEIPT

| Mag. Dist. No: | MDJ-07-2-05 |
|---|---|
| MDJ Name: | Honorable Lisa J. Gaier |
| Address: | 281 California Rd<br>Quakertown, PA 18951-2482 |
| Telephone: | 215-536-9650 |

**Receipt Number:** 07205-2022-R0003935
**Recorded Date:** 06/16/2022 10:03:41AM
**Receipt Date:** 06/16/2022
**Manual Receipt No:**

Payor:   Travis L. Ball
         1652 Pleasant View Rd
         Bethlehem, PA  18015

Payment Source:  Window

| Payment Date | Payment Method | Check / Money Order Number | Bank Transit Number | Void | Payment Amount |
|---|---|---|---|---|---|
| 6/16/2022 | Check | 267 | | No | $9.25 |

**Items Receipted:**

**Responsible Participant: Ball, Travis L.**

**Docket Number:**
Complaint/Citation Number:                     Lead Offense:

| | Original Assessment | Beginning Balance | Transaction Type | Amount Paid | Ending Balance |
|---|---|---|---|---|---|
| Photocopies | $1.25 | $1.25 | Payment | ($1.25) | $0.00 |
| Public Access Request | $8.00 | $8.00 | Payment | ($8.00) | $0.00 |
| TOTALS | $9.25 | $9.25 | | ($9.25) | $0.00 |

Total amount owed by responsible participant on this case:   $0.00

Total amount owed by responsible participant on all non-archived cases in this Court for Participant Account No: 2017-0691997   $0.00

**Payment Summary:**

| Total Payment Received: | $9.25 |
|---|---|
| Change Amount: | $0.00 |
| Retained Unapplied Amount: | $0.00 |
| **Payments Less Change:** | **$9.25** |

Comments:  Thank You - TS

## RETAIN THIS RECEIPT FOR YOUR RECORDS

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/epay* to make a payment.

MDJS 120
Printed: 06/16/2022 10:03:42AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
215-348-6057

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS



# CIVIL COMPLAINT

| Mag. Dist. No: | MDJ-07-2-05 |
|---|---|
| MDJ Name: | Honorable Robert A. Schnell Jr. |
| Address: | 281 California Rd |
|  | Quakertown, PA 18951-2482 |
| Telephone: | 215-536-9650 |

PLAINTIFF:       NAME and ADDRESS

Travis L Ball SR
1652 Pleasant View Rd
Bethlehem PA 18015

v.

DEFENDANT:       NAME and ADDRESS

Sellersville Auction LLC / Ken Black
18 S 5th St, Suite 200
Quakertown PA 18951

Docket No: CV-133-2017
Case Filed: May 5, 2017

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 104.50 | 5/5/17 |
| POSTAGE | $ 5.00 | / / |
| SERVICE COSTS | $ 31.03 | / / |
| CONSTABLE ED. | $ 10.00 | / / |
| TOTAL | $ | / / |

Social Security Numbers and financial information (e.g. PINs) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant:    The above named plaintiff(s) asks judgment against you for $ 1,157.46 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

Dropped off 3 Truck loads of vintage/Antique Toys to defendants facility entered Contract To be sold at auction on 3/25/17 and to be paid in than 30 Days. Defendant Breached Contract for non-payment of items after sold and collected monies for items. Defendant did not disclose he is financial difficulties at time of Contract signing to determine if I wanted to sell at Defendants auction house. Defendant fraudulently entered Contract and sold items knowingly could not pay consigner. Asking for all fees Defendant Acquired for Auction & Fees Acquired for Trying to collect monies due from Defendant

I, Travis L Ball SR verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

---

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL                                        1